# ALABAMA COURT OF CRIMINAL APPEALS



June 20, 2025

**CR-2024-0611**

Richard Brokenborough v. Alabama Department of Corrections et al. (Appeal from Elmore Circuit Court:  CC-24-35)

## <u>NOTICE</u>

You are hereby notified that on June 20, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk